# Court of Appeals
# of the State of Georgia

ATLANTA,   November 08, 2016   

*The Court of Appeals hereby passes the following order:*

## A17A0522. ELSIE BRIDGES v. AMERICAN HOMES 4 RENT PROPERTIES EIGHT LLC.

On July 28, 2016, we granted defendant Elsie Bridges' application for discretionary review of the superior court's dismissal of her appeal from the magistrate court's order issuing a writ of possession.[1]  Our July 28 order notified Bridges that she had ten days from the date of the order to file a notice of appeal.  See OCGA § 5-6-35 (g).  Sixty-two days later, on September 28, 2016, Bridges filed her notice of appeal.  We lack jurisdiction.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988).  Because Bridges failed to file her notice of appeal within ten days of our order granting her application, her notice of appeal is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.  See OCGA § 5-6-35 (g); *White*, 188 Ga. App. at 557.

We note that Bridges is represented by attorney Grady A. Roberts, III, who has represented numerous dispossessory clients before this Court and who is well aware of the jurisdictional deadlines for filing appeals.  In light of Roberts' repeated prior untimely filings in this Court, he cannot reasonably have been mistaken as to our deadlines.  Given that Georgia Rule of Professional Conduct 1.3 requires lawyers to "act with reasonable diligence and promptness in representing a client," we hereby

---

[1] Bridges initially filed her application in the Supreme Court, which transferred the case to this Court.

DIRECT the Clerk of Court to transmit a copy of this order to the Office of the General Counsel of the State Bar of Georgia.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 11/08/2016

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen

, *Clerk.*